IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FERNANDO BENNEFIELD,                    *

              Plaintiff,            *

v.                                        Case No.  5:24-cv-00216-MTT-CHW

                                                   *

ROY ODOM,

                                                 *

              Defendant.            *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated 1/14/2025, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of January, 2025.

                            David W. Bunt, Clerk

                            s/ Erin Pettigrew, Deputy Clerk